U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 9 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| Carnell Taylor | DOCKET NO. 1:06 CV 0875 |
| | SECTION P |
| VS. | JUDGE DRELL |
| Richard Stalder, Et Al | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED IT IS ORDERED** that this civil rights action is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 8th day of August, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE